UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:25-cr-00107-SEB-KMB |
| | ) | |
| ERICK CHRISTIAN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR RESTITUTION**

The United States of America, by and through Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana, and Carolyn A. Haney and MaryAnn T. Mindrum, Assistant United States Attorneys, hereby files this Motion for Restitution and in support states as follows:

1. The Defendant has filed a Petition to Enter a Plea of Guilty. (Dkt. 40.) The Defendant's change of plea and sentencing hearing is currently set for November 3, 2026. (Dkt. 48.)

2. Restitution is required under 18 U.S.C. § 2259(b). The minimum amount of restitution the Court shall impose is $3,000. *Id.*

3. There is one identified victim in the Defendant's possession of child sex abuse material ("Minor Victim 1"). Minor Victim 1 has requested restitution in the amount outlined below.

| Victim Name | Amount |
|---|---|
| Minor Victim 1 | $3,000 |

4. Counsel for the Defendant does not object to this request.

WHEREFORE, the United States requests the Court issue an Order of Restitution in the amount requested.

Respectfully Submitted,

THOMAS E. WHEELER II
UNITED STATES ATTORNEY

By: /s/ Carolyn A. Haney

Carolyn A. Haney
Assistant United States Attorney
Office of the United States Attorney
135 N. Pennsylvania Street, Suite 2100
Indianapolis, Indiana 46204-3048
Tel: (317) 226-6333
E-mail: Carolyn.Haney@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ Carolyn A. Haney

Carolyn A. Haney
Assistant United States Attorney
Office of the United States Attorney
135 N. Pennsylvania Street, Suite 2100
Indianapolis, Indiana 46204-3048
Tel: (317) 226-6333
E-mail: Carolyn.Haney@usdoj.gov